

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00318-CV

Osbaldo A. **SAENZ** Jr.,
Appellant

v.

**OSBALDO A. SAENZ SR. AND MARIA ESTELA G. SAENZ TRUST** by and through its
Trustee Esther A. S. Salmon,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-16-89
Honorable Jose Luis Garza, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: June 27, 2018

DISMISSED

When Osbaldo A. Saenz Jr. filed this appeal, he was required to pay a $205.00 filing fee. *See* TEX. R. APP. 5; TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT AND THE COURTS OF APPEALS AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 159158, Aug. 28, 2015). Saenz did not pay the filing fee, and the clerk of this court notified Saenz by letter on May 15, 2018, that his notice of appeal was conditionally filed and the filing fee was due by May 29, 2018. The filing fee was not paid.

In addition, the trial court clerk filed a notification of late record, stating that the clerk's record, which was due June 4, would not be filed because Saenz had not paid or made arrangements to pay the clerk's fee to prepare the record and is not entitled to appeal without paying the fee.

On June 7, 2018, this court ordered that Saenz must, not later than June 18, 2018, either (1) pay this court's filing fee and provide written proof that he has paid the trial court clerk's fee for preparing the record or has made arrangements satisfactory to the clerk to pay the fee or (2) provide written proof to this court that he is indigent, or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1. The court advised Saenz that if he failed to respond satisfactorily within the time ordered, the appeal would be dismissed. *See* TEX. R. APP. P. 5, 37.3(b), 42.3.

Saenz has not paid the filing fee, the clerk's record has not been filed, and Saenz has not otherwise responded to our June 7, 2018 order. We therefore dismiss this appeal.

PER CURIAM